Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> BUYERLINK INC. <br><br> AND <br><br> HARLEY EXTERIORS, INC. <br><br> Defendants. | Case No. 3:24-cv-02114-IM <br><br> Notice of Dismissal |

**NOTICE OF DISMISSAL WITH PREJUDICE**

    Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

                                        *s/Andrew Roman Perrong*
                                        Andrew Roman Perrong, OSB No. 243320
                                        a@perronglaw.com
                                        Perrong Law LLC
                                        2657 Mount Carmel Avenue
                                        Glenside, PA 19038
                                        215-225-5529
                                        Lead Attorney for Plaintiff and the Proposed Class